UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WUELLNER OIL & GAS, INC.,<br>MARSHALL OIL & GAS, INC.,<br>TEXAS GAS DEVELOPMENT, L.P.,<br>AND JARRATT ENTERPRISES, L.L.C. | CIVIL ACTION NO.:<br>10-cv-1686 |
| VERSUS | JUDGE: Elizabeth Foote |
| ENCANA OIL & GAS (USA) INC. | MAGISTRATE: Mark Hornsby |

## O R D E R

Based on the foregoing:

**IT IS ORDERED** that the defendant EnCana Oil & Gas (USA) Inc.'s unopposed motion for extension of time be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for EnCana Oil & Gas (USA) Inc., to file responsive pleading has been extended through and including November 18, 2010.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 8th day of November, 2010.

_____
DISTRICT JUDGE