UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

WUELLNER OIL & GAS, INC.,                     CIVIL ACTION NO.10-1686
MARSHALL OIL & GAS, INC.,
TEXAS GAS DEVELOPMENT, L.P.,
AND JARRATT ENTERPRISES, L.L.C.

VERSUS                                        JUDGE FOOTE

ENCANA OIL & GAS (USA) INC.                   MAGISTRATE HORNSBY

<u>**RULE 26(F) CASE MANAGEMENT REPORT**</u>

A meeting of counsel was held on December 17, 2010, by telephone.   The following persons participated:

EnCana Oil & Gas (USA) Inc.,
through its counsel of record,
John T. Kalmbach

Wuellner Oil & Gas, Inc.
Marshall Oil & Gas, Inc.
Texas Gas Development, L.P.
Jarratt Enterprises, L.L.C.
Through its counsel of record,
Philip E. Downer, III

**1.    Nature of Plaintiffs' Claim.**

The Plaintiffs claim that defendant EnCana Oil & Gas (USA) Inc. breached certain terms of a contract relating to mineral rights.

**2.    Bench or Jury Trial.**

No party has demanded a jury trial.

**3.    Initial Disclosures.**

The parties have exchanged initial disclosures.

4.      **Jurisdiction.**

No party is challenging the court's jurisdiction over the case.

5.      **Joinder of Parties and Amendment of Pleadings.**

A.      The parties would like additional time within which to consider the need to amend their pleadings and/or add other parties.

B.      Not applicable.

C.      Proposed deadline for amendments: **February 27, 2011**.

6.      **Discovery Issues.**

A.      There are no discovery disputes at this time.

B.       Proposed discovery deadline: **June 27, 2011**.

C.      The parties may pose discovery request, which would require the disclosure of emails and other electronically stored information.  However, at this time, the parties anticipate that hard copies of such evidence would suffice.

7.      **Motion Practice.**

A.      There are no motions pending at this time.

B.      All parties  anticipate filing one or more dispositive motions.  The proposed deadline for dispositive motions is **July 27, 2011**.

8.      **Alternative Dispute Resolution.**

At this time, the parties are not amenable to alternative dispute resolution.  The parties may consider mediation after discovery.

9.      **Related Cases.**

The parties are unaware of any related cases pending before the Western District of Louisiana.

DOWNER, HUGUET & WILHITE, LLC

By: s/ Philip E. Downer, III
    Philip E. Downer, III #16894
    M. Amy Burford McCartney #29112

333 Texas Street, Suite 1325
Shreveport, LA 71101
Telephone:  (318) 213-4444
Telecopier: (318) 214-4445
pdowner@dhw-law.com
aburford@dhw-law.com

ATTORNEYS FOR PLAINTIFFS

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: s/ John T. Kalmbach
    Herschel E. Richard, Jr. #11229
    John T. Kalmbach #24484

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone:  (318) 221-6277
Telecopier: (318) 227-7850
herschel.richard@cookyancey.com
john.kalmbach@cookyancey.com

ATTORNEYS FOR ENCANA OIL &
GAS (USA) INC.

## <u>LOCAL RULE 5.7.08W CERTIFICATE</u>

Pursuant to Local Rule 5.7.08W, the filing attorney certifies that the other signatory has expressly agreed to the form and substance of the document and that the filing attorney has the signatory's actual authority to submit the document electronically, using his electronic signature.

Shreveport, Louisiana, this 7th day of January, 2011.

_____s/ John T. Kalmbach_____
OF COUNSEL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Shreveport, Louisiana, this 7th day of January, 2011.

s/ John T. Kalmbach
OF COUNSEL
