STATE OF LOUISIANA )
)
PARISH OF RED RIVER )

**ASSIGNMENT OF OVERRIDING ROYALTY**

**KNOW ALL MEN BY THESE PRESENTS THAT:**

MARSHALL-WUELLNER, INC., a Louisiana corporation, whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101 (hereinafter referred to as "Assignor"), for and in consideration of the sum of One Hundred and No/100 Dollars ($100.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, bargain, sell, convey, transfer, assign and deliver unto:

TEXAS GAS DEVELOPMENT, L.P., a Texas limited partnership, whose address is 330 Marshall Street, Suite 1111, Shreveport, Louisiana 71101, as to an undivided forty-six percent (46%);

WUELLNER OIL & GAS, INC., whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101, as to an undivided twenty-three percent (23%);

MARSHALL OIL & GAS, INC., whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101, as to an undivided twenty-three percent (23%); and

JARRATT ENTERPRISES, L.L.C., whose address is 9304 Braewood Circle, Shreveport, Louisiana 71155, as to an undivided eight percent (8%),

(hereinafter collectively referred to as "Assignees") their successors and assigns, an overriding royalty interest equal to the percentage interest indicated adjacent to each Assignee's name and address, of that certain overriding royalty interest granted by Will-Drill Resources, Inc. to Marshall-Wuellner, Inc. under that Assignment of Overriding Royalty Interest executed August 22, 2005 but effective separately as of the effective date of each of the Leases (as defined in said Assignment of Overriding Royalty Interest) and recorded in the Conveyance Records of Red River Parish under Instrument No. 204492 Book 298, Page 402 (the "Will-Drill Assignment").

The terms and provisions of this Assignment shall be binding upon and inure to the benefit of Assignor and Assignees and their respective legal representatives, successors and assigns, forever.

This Assignment is made without any warranty, express or implied.

IN WITNESS WHEREOF, this instrument is executed this ____ day of January, 2010, but shall be effective separately as to each Lease (as defined in the Will-Drill Assignment) on the effective date of each such Lease.

WITNESSES:

Printed Name: _____

Printed Name: _____

ASSIGNOR:

**Marshall-Wuellner, Inc.**

By: _____
Tim H. Marshall, President



WITNESSES:

ASSIGNEES:

**Texas Gas Development, L.P.**

By: TGD, LLC, its general partner

By: _____
John L. Illes, III, Manager

Printed Name: _____
Printed Name: _____

**Wuellner Oil & Gas, Inc.**

By: _____
Dirck E. Wuellner, President

Printed Name: _____
Printed Name: _____

**Marshall Oil & Gas, Inc.**

By: _____
Tim H. Marshall, President

Printed Name: _____
Printed Name: _____

**Jarratt Enterprises, L.L.C.**

By: _____
Paul A. Jarratt, President

Printed Name: _____
Printed Name: _____

[Acknowledgements Follow]

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this _____ day of January, 2010, before me appeared TIM H. MARSHALL, to me personally known, who, being by me duly sworn, did depose and state that he is the President of MARSHALL-WUELLNER, INC., a Louisiana corporation, and that said instrument was signed in behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this _____ day of January, 2010, before me appeared JOHN L. ILES, III, to me personally known, who, being by me duly sworn, did depose and state that he is the manager of TGD, LLC the general partner of TEXAS GAS DEVELOPMENT, LP, a Texas limited partnership, and that said instrument was signed on behalf of said limited general partner and that he executed same as the free act and deed of said limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this _____ day of January, 2010, before me appeared Dirck E. Wuellner, to me personally known, who, being by me duly sworn, did depose and state that he is the President of WUELLNER OIL & GAS, INC., a Louisiana corporation, and that said instrument was signed on behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
) 
PARISH OF CADDO )

On this ____ day of January, 2010, before me appeared Tim H. Marshall, to me personally known, who, being by me duly sworn, did depose and state that he is the President of MARSHALL OIL & GAS, INC., a Louisiana corporation, and that said instrument was signed on behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: ____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
)
PARISH OF CADDO )

On this ____ day of January, 2010, before me appeared Paul A. Jarratt, to me personally known, who, being by me duly sworn, did depose and state that he is the Manager of JARRATT ENTERPRISES, L.L.C., a Louisiana limited liability company, and that said instrument was signed on behalf of said limited liability company and that he executed same as the free act and deed of said limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: ____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
 )
PARISH OF RED RIVER )

ASSIGNMENT OF OVERRIDING ROYALTY

## KNOW ALL MEN BY THESE PRESENTS THAT:

MARSHALL-WUELLNER, INC., a Louisiana corporation, whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101 (hereinafter referred to as "Assignor"), for and in consideration of the sum of One Hundred and No/100 Dollars ($100.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, bargain, sell, convey, transfer, assign and deliver unto:

TEXAS GAS DEVELOPMENT, L.P., a Texas limited partnership, whose address is 330 Marshall Street, Suite 1111, Shreveport, Louisiana 71101, as to an undivided forty-six percent (46%);

WUELLNER OIL & GAS, INC., whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101, as to an undivided twenty-three percent (23%);

MARSHALL OIL & GAS, INC., whose address is 333 Texas Street, Suite 608, Shreveport, Louisiana 71101, as to an undivided twenty-three percent (23%); and

JARRATT ENTERPRISES, L.L.C., whose address is 9304 Braewood Circle, Shreveport, Louisiana 71155, as to an undivided eight percent (8%),

(hereinafter collectively referred to as "Assignees") their successors and assigns, an overriding royalty interest equal to the percentage interest indicated adjacent to each Assignee's name and address, of that certain overriding royalty interest granted by Will-Drill Resources, Inc. to Marshall-Wuellner, Inc. under that Assignment of Overriding Royalty Interest executed August 22, 2005 but effective separately as of the effective date of each of the Leases (as defined in said Assignment of Overriding Royalty interest) and recorded in the Conveyance Records of Red River Parish under Instrument No. 204493 Book 298, Page 408 (the "Will-Drill Assignment").

The terms and provisions of this Assignment shall be binding upon and inure to the benefit of Assignor and Assignees and their respective legal representatives, successors and assigns, forever.

This Assignment is made without any warranty, express or implied.

IN WITNESS WHEREOF, this instrument is executed this ____ day of January, 2010, but shall be effective separately as to each Lease (as defined in the Will-Drill Assignment) on the effective date of each such Lease.

WITNESSES:

ASSIGNOR:

Printed Name: _____

Marshall-Wuellner, Inc.

Printed Name: CARMEN C. CORLESS

By: _____
Tim H. Marshall, President



WITNESSES:

ASSIGNEES:

**Texas Gas Development, L.P.**

By: TGD, LLC, its general partner

Printed Name: Lyndsey Harris

By: _____
John L. Iles, III, Manager

Printed Name: Conlen Corliss

Printed Name: Lyndsey Harris

**Wuellner Oil & Gas, Inc.**

Printed Name: Conlen Corliss

By: _____
Dirck E. Wuellner, President

Printed Name: Lyndsey Harris

**Marshall Oil & Gas, Inc.**

Printed Name: Conlen Corliss

By: _____
Tim H. Marshall, President

Printed Name: Lyndsey Harris

**Jarratt Enterprises, L.L.C.**

Printed Name: Conlen Corliss

By: _____
Paul A. Jarratt, President

[Acknowledgements Follow]

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this 12th day of January, 2010, before me appeared TIM H. MARSHALL, to me personally known, who, being by me duly sworn, did depose and state that he is the President of MARSHALL-WUELLNER, INC., a Louisiana corporation, and that said instrument was signed in behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

_____
Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this 12th day of January, 2010, before me appeared JOHN L. ILES, III, to me personally known, who, being by me duly sworn, did depose and state that he is the manager of TGD, LLC the general partner of TEXAS GAS DEVELOPMENT, LP, a Texas limited partnership, and that said instrument was signed on behalf of said general partner and that he executed same as the free act and deed of said limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

_____
Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this 12th day of January, 2010, before me appeared Dirck E. Wuellner, to me personally known, who, being by me duly sworn, did depose and state that he is the President of WUELLNER OIL & GAS, INC., a Louisiana corporation, and that said instrument was signed on behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

_____
Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this 12th day of January, 2010, before me appeared Tim H. Marshall, to me personally known, who, being by me duly sworn, did depose and state that he is the President of MARSHALL OIL & GAS, Inc., a Louisiana corporation, and that said instrument was signed on behalf of said corporation and that he executed same as the free act and deed of said corporation for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

_____
Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life

STATE OF LOUISIANA )
                   )
PARISH OF CADDO    )

On this 12th day of January, 2010, before me appeared Paul A. Jarratt, to me personally known, who, being by me duly sworn, did depose and state that he is the Manager of JARRATT ENTERPRISES, L.L.C., a Louisiana limited liability company, and that said instrument was signed on behalf of said limited liability company and that he executed same as the free act and deed of said limited liability company for the purposes and consideration therein expressed and in the capacity therein stated.

My Commission Expires
With Life.

_____
Notary Public, In and For Caddo Parish, LA
Printed Name of Notary: _____

Stacy N. Worley, Notary Public
In and For Caddo Parish, Louisiana
Notary ID No. 5693
My Commission is For Life