UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WUELLNER OIL & GAS, INC., MARSHALL OIL & GAS, INC., TEXAS GAS DEVELOPMENT, L.P., AND JARRATT ENTERPRISES, L.L.C. | CIVIL ACTION NO. 10-1686 |
| VERSUS | JUDGE FOOTE |
| ENCANA OIL & GAS (USA) INC. | MAGISTRATE HORNSBY |

## FIRST AMENDED ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant ENCANA OIL & GAS (USA) INC., which amends its answer to the plaintiffs' original petition as follows:

I.

EnCana Oil & Gas (USA) Inc. ("EnCana") amends paragraphs 8 and 14 of its answer to the plaintiffs' original petition as follows:

8.

The allegations of paragraph 8 of plaintiffs' original petition are denied, except to admit that "Exhibit D" (the Will-Drill/Pride Oil & Gas Properties, Inc. ("Pride Oil") Assignment) to the plaintiffs' original petition is the best evidence of its contents and that insofar as the Will-Drill/Pride Oil Assignment is concerned, Pride Oil was acting as EnCana's agent.

14.

The allegations of paragraph 14 of plaintiffs' original

petition are denied, except to admit that "Exhibit G" (the Pride Oil/EnCana Oil & Gas (USA) Inc. Assignment) to the plaintiffs' original petition is the best evidence of its contents and that insofar as the Will-Drill/Pride Oil Assignment is concerned, Pride Oil was acting as EnCana's agent.

II.

EnCana reiterates and realleges all other denials, defenses, and responses to the allegations of plaintiffs' original petition as if same were set forth verbatim herein.

WHEREFORE, APPEARER PRAYS that the above and foregoing first amended answer to the plaintiffs' original petition be deemed good and sufficient and that, after due proceedings be had, there be judgment herein dismissing plaintiffs' claims at their sole cost and for all general and equitable relief.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: s/ John T. Kalmbach
　　Herschel E. Richard, Jr. #11229
　　John T. Kalmbach #24484

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
herschel.richard@cookyancey.com
john.kalmbach@cookyancey.com

ATTORNEYS FOR ENCANA OIL
& GAS (USA) INC.

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was served on opposing counsel by either electronic notification or by U.S. mail, postage pre-paid.

Shreveport, Louisiana, this 4th day of March, 2011.

s/ John T. Kalmbach<br>
OF COUNSEL