UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**WUELLNER OIL & GAS INC, ET AL**     **CIVIL ACTION NO. 5:10CV1686**

**VERSUS**     **JUDGE FOOTE**

**ENCANA OIL & GAS (U S A) INC**     **MAGISTRATE JUDGE HORNSBY**

NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Memorandum in Opposition to Motion for Partial Dismissal filed on April 1, 2011 by Jarratt Enterprises L L C, Marshall Oil & Gas Inc, Texas Gas Development L P and Wuellner Oil & Gas Inc was DEFICIENT for the following reason(s):

✓     A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit your "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.  <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.