UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WUELLNER OIL & GAS, INC., <br> MARSHALL OIL & GAS, INC., <br> TEXAS GAS DEVELOPMENT, L.P., <br> AND JARRATT ENTERPRISES, L.L.C. | CIVIL ACTION NO. 10-1686 |
| VERSUS | JUDGE FOOTE |
| ENCANA OIL & GAS (USA) INC. | MAGISTRATE HORNSBY |

## JUDGMENT

Based on the foregoing:

**IT IS ORDERED** that the joint motion for dismissal with prejudice filed by plaintiffs Wuellner Oil & Gas, Inc., Marshall Oil & Gas, Inc., Texas Gas Development, LP, and Jarratt Enterprises, LLC, and defendants Encana Oil & Gas (USA) Inc. and SWEPI LP be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all of the parties claims' and this suit be and are hereby **DISMISSED WITH PREJUDICE**, with each party to pay its own costs.

**THUS DONE AND SIGNED** in Shreveport Louisiana, on this the 3rd day of September, 2013.

_____
DISTRICT JUDGE